# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Erica L. Flood,

                    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                         3:12cv186

USA,

                    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 7, 2012 Order.

                         Signed: August 8, 2012

                         Frank G. Johns, Clerk
                         United States District Court